IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JEROME JEAN-PRICE, | * |
| Petitioner, | * |
| v. | Case No. 4:23-cv-137-CDL-MSH |
| | * |
| Warden, STEWART DETENTION CENTER, et al. | * |
| Respondents. | * |

## J U D G M E N T

Pursuant to this Court's Order dated January 4, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 4th day of January, 2024.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk